Case 1:06-cv-00473-JJF   Document 2   Filed 08/14/2006   Page 1 of 2

8/10/06

Dear Sir or Madem To whom this may concern I recently filed a USC 2254 Habeas Corpus motion I had my father file this for me He paid the $00 filing fee for me. I was recently transfered to Sussex work release center I'm notifying the court of my current address could you let me know if any ruling was made on my motion/petition. The warden of this institution is Robert George which on my motion where I was incarcerated was Vincent Bianco Please send all future corispondences to

Mr. Michael K Hoffman SBI# 426044
Sussex Work Release Center
23207 Dupont Hy
Georgetown Delaware 19947


FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank You

Michael Hoffman

Also could you provide me with my case Docket # on this petition.



WILMINGTON DE 197
11 AUG 2006 PM 2 T

CLERK UNITED STATES DISTRICT COURT
for the DISTRICT of DELAWARE
844 NORTH KING STREET LOCKBOX 18
Wilmington DELAWARE 19801

X-RAY
USMS

MR MICHAEL K HOFFMAN
SUSSEX WORK RELEASE CENTER
23207 DUPONT BLVD
GEORGETOWN DE 19947