OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 15, 2006

TO: Michael Kevin Hoffman
    SBI# 00426044
    Sussex Work Release Center
    23207 DuPont Hwy
    Georgetown, DE 19947

**RE:** *Request for Copy of Docket,* **06-473(JJF)**

Dear Mr. Hoffman:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/bad                                  PETER T. DALLEO
                                       CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet