IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MICHAEL KEVIN HOFFMAN,         )<br>                               )<br>         Petitioner,          )<br>                               )<br>v.                             )<br>~~ROBERT George Warden Sussex WRC~~  )<br>VINCENT BIANCO,                )<br>Warden, and CARL C.            )<br>DANBERG, Attorney              )<br>General of the State of        )<br>Delaware,                      )<br>                               )<br>         Respondents.          ) | Civil Action No. 06-473-JJF |

*(handwritten insertion in caption: "Robert George Warden Sussex WRC")*

**AEDPA ELECTION FORM**

FILED
AUG 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

1.  __X__   I wish the Court to rule on my § 2254 petition as currently pending.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____   I wish to amend my § 2254 petition to include all the grounds I have.  I will do so within thirty (30) days.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3.  _____   I wish to withdraw my § 2254 petition

without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_[signature]_   8/19/06
Petitioner

Michael Hoffman 426014
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947



WILMINGTON DE 197
21 AUG 2006 PM 3 L

United States District Court
District of Delaware
Lock Box 18
844 N. King Street
Wilmington Delaware 19801-3570