D.I. # _____

# CIVIL ACTION
# NUMBER: _____06CV 473_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.59 | 06 CV 473 JJF |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | SEP 7 2006 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.84 | |

7005 1820 0004 3169 6756

Sent To: Warden Vincent Bianco
Street, Apt. No.; or PO Box No.: CVOP
City, State, ZIP+4: P.O. Box 5003
Smyrna, DE 19977

PS Form 3800