United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06 cv 473 JJF_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   X _Virna Sla_   □ Agent  □ Addressee |
| | B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:  ... N MEYERS  ... TY ATTORNEY GENERAL  D...RTMENT OF JUSTICE  820 N. FRENCH STREET  WILMINGTON, DE  19801 | D. Is delivery address different from item 1? □ Yes   If YES, enter delivery address below: □ No |
| | 3. Service Type  ☒ Certified Mail  □ Express Mail  □ Registered  □ Return Receipt for Merchandise  □ Insured Mail  □ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   □ Yes |
| 2. Article Number  (*Transfer from service label*) | 7005 1820 0004 3169 6763 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

FILED

SEP 1 1 2006

U...   ...COURT
DIST... OF DELAWARE