NOVEMBER 1, 2006

06-473

TO THE HONORABLE JUDGE JOSEPH J. FARNAN JR.

THIS CORRISPONDENCE IS IN REGUARDS TO MY PENDING HABEAS CORPUS MOTION WHICH IS PENDING A RULEING. I WAS RECENTLY TRANSFERED FROM SUSSEX VOP CENTER TO SUSSEX CORRECTIONAL INSTITUTION THE WARDEN HERE IS RICK KEARNEY THE NEW ADDRESS IS PO BOX 500 GEORGETOWN DE 19947. ALSO SUSSEX WORK RELEASE VIOLATED ME AND TRANSFERED ME TO SUSSEX CORRECTIONAL INSTITUTION ON THE SAME CASE WHICH IS PENDING A RULEING. RE: PRESENTLY NEW CASTLE COUNTY SUPERIOR COURT HAS NOT SCHEDULED A VOP HEARING ON THIS MATTER I WAS VIOLATED ON OCTOBER 17, 2006 SENT TO SCI A VIDEO COURT HEARING WAS HELD SCHEDULING A VOP HEARING FOR OCT 26, 2006 CURRENTLY 3 WEEKS HAS PAST AND THE COURT HAS NOT RESCHEDULED A DATE THE COURT HAS TO HEAR THE VOP BEFORE 4 WEEKS THEY FAILED TO DO SO OR EVEN SCHEDULE A NEW VOP HEARING BEFORE JUDGE RICHARD R. COOCH THE SENTENCING JUDGE IN THIS CASE I AM BEING DETAINED ON AN ADMINISTRATIVE WARRANT HOLD WITH NO BAIL FOR A LEVEL 4 VIOLATION OF PROBATION MY DUE PROCESS RIGHTS HAS BEEN VIOLATED BY NEW CASTLE COUNTY COURT A VOP HEARING ON THIS MATTER SHOULD HAVE BEEN HEARD WHICH THE COURT CONTINUES TO RESCHEDULE THE MATTER WITHOUT REASON. AS IM AWARE THE DEPT OF JUSTICE HAS TO RENDER YOUR HONOR OF THIS COURT AN ANSWER BY DEC 1, 06 I PRAY THAT THE HEABEAS CORPUS RELIEF WHICH IM SEEKING IS GRANTED AND I BE RELEASED FROM CUSTODY.

THANK YOU

NEW ADDRESS ↓

MR MICHAEL K HOFFMAN 426044
SUSSEX CORRECTIONAL INST.
PO BOX 500

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
2006 NOV -3  4:21

I/M: Michael Hoffman   BLDG: 4
SUSSEX CORRECTIONAL INSTITUTION 4/26/04
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390   NOV 02 06   19947
1336 7968 0229

CLERK OF COURTS
U.S. DISTRICT COURT
Lock Box 18
Wilmington Delaware
19801