IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL KEVIN HOFFMAN**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-473-JJF |
| | : | |
| **VINCENT BIANCO**, Warden, | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following of the Delaware Supreme Court documents:

    a. Appellant's Motion for Voluntary Dismissal (No. 411, 2004)

    b. Notice of Voluntary Dismissal (Jan. 5, 2005) (No. 411, 2004)

    c. Petition for a Writ of Habeas Corpus (No. 565, 2004)

    d. Notice to Show Cause (Dec. 28, 2004) (No. 565, 2004)

    e. Petitioner's response to Notice to Show Cause (No. 565, 2004)

    f. Order (Jan. 11, 2005) (No. 565, 2004)

    g. Appellant's Notice of Voluntary Dismissal (No. 370, 2006)

    h. Court's Notice of Voluntary Dismissal (Nov. 1, 2006) (No. 370, 2006).

2. Respondents also file herewith certified copies of the following Delaware Superior Court documents in ID no. 9912017771:

    a. Criminal Docket

    b. Plea Agreement

    c. Sentence Order (May 30, 2003)

    d. Petition for writ of Habeas Corpus (Aug. 6, 2004)

    e. Violation of Probation Sentence Order (Sept. 2, 2004)

    f. Motion for Modification of Sentence (Sept. 9, 2004)

    g. Amendment to Motion for Modification of Sentence (Sept. 15, 2004)

    h. Letter from Defendant to Court (Sept. 20, 2004)

    i. Order (Sept. 29, 2004)

    j. Motion for Modification of Sentence (Nov. 4, 2004)

    k. Order (Nov. 30, 2004)

    l. Order (Jan. 3, 2005) (Motion for Writ of Habeas Corpus attached)

    m. Violation of Probation Order (Aug. 4, 2005)

    n. Violation of Probation Sentence Order (June 8, 2006)

    o. Modified Violation of Probation Sentence Order (June 22, 2006)

    p. Letter from Court to Delaware Supreme Court (Oct. 12, 2006)

    q. Violation of Probation Sentence Order (Nov. 9, 2006).

    /s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

December 14, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 14, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Michael Kevin Hoffman
    SBI No. 426044
    Sussex Correctional Institute
    P.O. Box 500
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us