1-23-07

Dear Judge Joseph J. Farnan This corrispondence is in reguards to my Federal Habeas Corpus Steming back from June 2006. The last document I received was the answer from the state and the court record and your order allowing the state to reply back to the court by Dec 29, 2006. I'm inquireing with reguards to any ~~Recent~~ Recent decision on my habeas corpus due to I have not received any recent up date from the US Dist Court Did you render a decision on my case at this time please get back to me regarding this matter

Thank you

Michael Hoffman 426014
Sussex Correctional Ist
PO Box 500
Georgetown DE 19947

Civil Act # 06-473-JJF



FILED
JAN 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Michael Hoffman    BLDG: 3
SUSSEX CORRECTIONAL INSTITUTION 426044
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

ATT: Joseph J. Farnan
UNITED STATES DISTRICT COURT
Lock Box 18
Wilmington Delaware
19801