OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

January 31, 2007

TO: Michael Kevin Hoffman
    SBI# 00426044
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

**RE: *Status Letter; 06-473(JJF)***

Dear Mr. Hoffman:

    This office received a letter from you requesting the status of your case. Your case is assigned to Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/ead
                                     PETER T. DALLEO
                                     CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet