Case # 06-473 (JJF)

2-8-07

DEAR Judge Joseph J. FARNAN JR. This Correspondence is in Regards to my Current Statuce Change of Address I was Transfered From The Sussex Correctional Institution on 1-29-07 To The Delaware Correctional Center Due To Seperation Reasons from Another Inmate As Mentioned in The Post Conviction Motion my Father Sent You Where I was Assulted At Sussex W.R. Center April 2005 The Inmate who Assulted me Their is AT Sussex Work Release I Am Addressing The Court with my Current Address if You need Any Further Documents on my Case Please Contact my Father which he will Be willing to Provide Your Honor with Any Documents or Transcripts Pertaining To my Case Thank You For Your Time in This Matter

Respectfully [signature]

New Address → MR. Michael K Hoffman #426044
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware 19977

(Fathers Address if needed)
↓

Bernard B Hoffman
715 Mill Creek Lane
Bear DE 19701
(302) 322-4612 (home)
(302) 981-1085 (cell)

I/M Michael K. Hoffman WILMINGTON DE 197
SBI# 00436044 UNIT W7C4/9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(ATT) PETER T. DALLEO, CLERK
UNITED STATES DIST. COURT
LOCKBOX 18 / 844 King Street
Wilmington Delaware
19801