CIVIL ACTION 06-473 JJF

Att Judge Joseph J. Farnan JR
US District Court District of Delaware
844 King Street Lock Box 18
Wilmington Delaware 19801

March 15, 2007

Dear Judge Farnan This Corrispondence is with in Reguards to my 28 USC 2254 Motion which I Filed with This Court back in June 2006 The Last Reply I heard was back in January 31, 09 Stateing the Case is Still Awaiting A Decision It is Now into mid March 2007 I Still have Not Received Any Ruleing by This court on my Habeas corpus motion The Last Documents I've Received was The States Answer, And The Record of my case Could you Please let me know By Letter when This Court will Rule Upon my motion For Habeas corpus Releif Please get back to me Reguarding This matter Also Please Send me an Updated case Docket

Respectfully Submitted

[signature]

06 cv 473 JJF

FILED
MAR 1[6] 2007
DISTRICT OF DELAWARE

MR Michael Kevin Hoffman 00426044
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware 19977

I/M Michael Hoffman
SBI# 426044    UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 MAR 2007 PM 2 T

Judge Joseph J. FARNAN JR.
United States District Court Dist of Delaware
844 King Street Lock Box 18
Wilmington Delaware
19801

LEGAL MAIL