# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Michael Kevin Hoffman, )
    Plaintiff, )
     )
    v. )    Civil Action No. 106 CV - 00473-JJF
     )
Vincent Bianco, )
    Defendant. )

## REPLY TO DEFENDANT ANSWER TO COMPLAINT

Plaintiff, Michael Kevin Hoffman moves this court to reply to the defendant's answer in the above-captioned case

Final Decision From 28 u.s.c 2254 Motion Filed June 2006, which a decision was to Be Rendered Before January 2007

WHEREFORE, complainant prays that this Court grants the following relief: That The Motion Be Ruled upon by this court

Respectfully

Mehl /M/

MR Michael K Hoffman 426044
Delaware Correctional Center
1181 Paddock Rd
Smyrna Delaware 19977


FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
MAR 16 PM 2:35
RG Scanned

I/M Michael Hoffman
SBI# 426044   UNIT W1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
15 MAR 2007 PM 2 F

Judge Joseph J FARNAN JR
United States District Court Dist of Delaware
844 King Street Lock Box 18
Wilmington Delaware
                          19801

LEGAL MAIL

U.S.M.S. X-RAY