## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

In re: Michael Kevin Hoffman            )
        Petitioner,                     )       Third Cir. No. _____

### PETITION FOR WRIT OF MANDAMUS

1.      Pursuant to 28 U.S.C. § 1651, Petitioner, Michael Kevin Hoffman  hereby petitions

this Court to issue a writ of mandamus to directed the Honorable Joseph J. Farnan Jr of the

United District Court for the District of Delaware to Delaware.

### STATEMENT OF FACTS

2.      Petitioner filed a writ of Habeas Corpus on 8/2/2006 raiseing Issues for releif, under 28

U.S.C 2254, ON 12/7/2006 AN ORDER WAS ISSUEDgranting an extension of time for the state

of  Delaware to provide State Court Records which a deadline was set for 12/29/2006, at the

current time a ruleing was not rendered on this matteras this motion has been ongoing since

12/29/2006, Petitioner Submitted corispondence letters to this court  seeking releif and a ruleing on

this matter also petitioner filed a  Reply to Defendents Answer Complaint which he currently has

not received an answer with reguards to this pending motion..

### STATEMENT OF THE ISSUESS

3.      The issue raised in this petition is whether the United States District Court for the District

of  Delaware is refusing to  Carefully Review petitioners motion and the grounds which he raises

for releif that the Superior Court New Castle County on the original sentence did not comply with

Delaware senate bill 50, 11. DEL C. 4333, THAT DEFENSE COUNSEL  BEING PERSONAL

FRIENDS WITH THE SENTENCING JUDGE CONSTITUTED CONFLICT OF INSTREST IN

THE VOP HEARING DATED JUNE 2006, AND THAT HIS CONSTITUTIONAL RIGHTS

WERE VIOLATED BY DELAWARE SUPERIOR COURT..

### REASONS WHY THE WRIT SHOULD ISSUE

4.      Due to the reason that petitioner has not currently  had a ruleing on his

motion filed back in 8/2006 when the US DISTRICT COURT ORDERED THAT THE RECORD OF THIS CASE WAS TO BE COMPLETED BY 12/29/06 and that no reuleing has been currently rendered that this matter has been ongoing for the past nine months with out petitioners rights to an appeal in this court due to a ruleing has not been currently rendered in this case ,.

It is without question that the United States District Court for the District of Delaware must Rule Upon this Motion at the earliest convience which petitioner may address his appellant arguments to this court on his appellant procedure.

Therefore, the writ should be issue.

## RELIEF SOUGHT

Petitioner seeks THIS COURT DIRECT AN ORDER TO THE US. DISTRICT COURT,

TO RULE UPON THIS MOTION, AND THAT PETITIONER BE GRANTED A RELEASE

FROM CUSTODY.

Michael Kevin Hoffman, SBI#00426044
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dated: 4/2/2007

## CERTIFICATE OF SERVICE

I, Michael Kevin Hoffman, hereby declare that I have served the parties below on this 04 day of April, 2007, by First Class U.S. Mail from the Delaware Correctional Center, Smyrna, DE 19977:

Office of the Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Elizabeth Roberts McFarlan
Department of Justice
820 North French Street

Wilmington Delaware 198041

/s/ _____
Michael Kevin Hoffman

Pursuant to 28 U.S.C. § 1746

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 31, 2007

TO:  Michael Kevin Hoffman
     SBI# 00426044
     Sussex Correctional Institution
     P.O. Box 500
     Georgetown, DE 19947

*RE:  Status Letter; 06-473(JJF)*

Dear Mr. Hoffman:

   This office received a letter from you requesting the status
of your case. Your case is assigned to Honorable Joseph J. Farnan,
Jr., and is pending before the Court. You will be advised by the
Court as to further developments in your case.

   I trust that this letter answers your questions concerning
this matter.   Nothing contained in this letter is intended to
express an opinion as to the merits of any claims which you may be
alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 20, 2007

TO:  Michael Kevin Hoffman
     SBI# 00426044
     Delaware Correction Center
     1181 Paddock Road
     Smyrna, DE 19977

    **RE:** *Request for Copywork*; 06-473 (JJF)

Dear Mr. Hoffman:

    A letter has been received by the Clerk's office from you
requesting a copy of the docket sheet.

    Please be advised that in accordance with the directive from
the Judicial Conference of the United States the fee for copywork
is fifty ($.50) cents per page. *Should you require copywork in the
future*, please be aware of this fee requirement. Prepayment in the
amount of $2.00 should be sent with your request, check or money
order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Joseph J. Farnan, Jr.

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00473-JJF
## Internal Use Only

Hoffman v. Bianco et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/02/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**Michael Kevin Hoffman**

represented by **Michael Kevin Hoffman**
SBI# 00426044
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
PRO SE

V.

**Respondent**

**Warden Vincent Bianco**

represented by **Elizabeth Roberts McFarlan**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: elizabeth.mcfarlan@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**

represented by **Elizabeth Roberts McFarlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2006 | ❍1 | PETITION for Writ of Habeas Corpus ( Filing fee $ 5, receipt number 144258.)- filed by Michael Kevin Hoffman.(mwm, ) (Entered: 08/03/2006) |
| 08/09/2006 | ❍ | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) |

| | | Vincent Bianco answer due 12/1/2006; Attorney General of the State of Delaware answer due 12/1/2006. Signed by Judge Joseph J. Farnan, Jr. on 10/23/06. (dab, ) (Entered: 10/24/2006) |
|---|---|---|
| 11/03/2006 | ❍14 | Letter to Judge Joseph J. Farnan, Jr. from Michael K. Hoffman regarding Status of Incarceration and Dept of Justice's answer to Habeas. (dab, ) (Entered: 11/06/2006) |
| 11/06/2006 | ❍ | Remark: Plaintiff's address updated per envelope filed 11/3/06 (els, ) (Entered: 11/06/2006) |
| 12/01/2006 | ❍15 | RESPONSE to Petition for Writ of Habeas Corpus by Vincent Bianco, Attorney General of the State of Delaware.(McFarlan, Elizabeth) (Entered: 12/01/2006) |
| 12/01/2006 | ❍16 | First MOTION for Extension of Time to File *Certified State Court Records* - filed by Vincent Bianco, Attorney General of the State of Delaware. (Attachments: # 1 Text of Proposed Order)(McFarlan, Elizabeth) (Entered: 12/01/2006) |
| 12/07/2006 | ❍17 | ORDER granting 16 Motion for Extension of Time to File State Court Records; to be filed by 12/29/06. Signed by Judge Joseph J. Farnan, Jr. on 12/7/06. (bkb) (Entered: 12/08/2006) |
| 12/07/2006 | ❍ | Set Deadlines: Notice of Compliance deadline set for 12/29/2006 for filing of State Court Records. (bkb) (Entered: 12/08/2006) |
| 12/14/2006 | ❍18 | NOTICE of filing the following document(s) in paper format: State Court Records. Original document(s) on file in Clerk's Office. Notice filed by Elizabeth Roberts McFarlan on behalf of Vincent Bianco, Attorney General of the State of Delaware (McFarlan, Elizabeth) (Entered: 12/14/2006) |
| 12/14/2006 | ❍19 | STATE COURT RECORD filed by Vincent Bianco, Attorney General of the State of Delaware. (Record on file in Clerk's Office) (maw) (Entered: 12/15/2006) |
| 01/24/2007 | ❍20 | Letter to Judge Joseph J. Farnan, Jr. from Michael Hoffman regarding Status of Case. (dab) (Entered: 01/25/2007) |

| | | |
|---|---|---|
| | | (Entered: 08/09/2006) |
| 08/14/2006 | ●2 | Letter to Clerk from Michael Hoffman advising of change of address and requesting copy of docket. (maw, ) (Entered: 08/15/2006) |
| 08/15/2006 | ● | Remark: Plaintiff's address updated per letter filed 8/14/06 (els, ) (Entered: 08/15/2006) |
| 08/15/2006 | ●3 | Letter to Michael Hoffman from Clerk enclosing docket sheet in response to 2 Letter. (maw, ) (Entered: 08/15/2006) |
| 08/15/2006 | ●4 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 9/29/2006.. Signed by Judge Joseph J. Farnan, Jr. on 8/15/06. (dab, ) (Entered: 08/16/2006) |
| 08/22/2006 | ●5 | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (dab, ) (Entered: 08/23/2006) |
| 08/29/2006 | ●6 | SEALED MEMORANDUM in Support re 1 Petition for Writ of Habeas Corpus filed by Michael Kevin Hoffman. (dab, ) (Entered: 08/30/2006) |
| 09/06/2006 | ●7 | ORDER, Clerk shall serve by certified mail a copy of the petition, the memorandum in support, the order dated 8/15/06,the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Joseph J. Farnan, Jr. on 9/6/06. (dab, ) (Entered: 09/07/2006) |
| 09/07/2006 | ● | Copies of Order DI #7, DI #1, DI #4, DI #5, DI #6 and Mag Consent forms sent to Loren Meyers and Warden Robert George by certified mail (dab, ) (Entered: 09/07/2006) |
| 09/07/2006 | ●8 | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware (dab, ) (Entered: 09/07/2006) |
| 09/07/2006 | ●9 | Postal Receipt(s) for the mailing of process to Vincent Bianco (dab, ) (Entered: 09/07/2006) |
| 09/11/2006 | ●10 | Return of Service Executed ( 2254 petition ). Attorney General of the State of Delaware served on 9/8/2006, answer due 10/23/2006. (maw, ) (Entered: 09/12/2006) |
| 09/11/2006 | ●11 | Return of Service Executed ( 2254 petition ). Vincent Bianco served on 9/8/2006, answer due 10/23/2006. (maw, ) (Entered: 09/12/2006) |
| 10/20/2006 | ●12 | First MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus - filed by Vincent Bianco, Attorney General of the State of Delaware. (Attachments: # 1 Text of Proposed Order) (McFarlan, Elizabeth) (Entered: 10/20/2006) |
| 10/23/2006 | ●13 | ORDER Granting re 12 First MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus filed by Vincent Bianco, Attorney General of the State of Delaware. Set/Reset Answer Deadlines: |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KEVIN HOFFMAN, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :     Civ. Act. No. 06-473-JJF |
| | : |
| VINCENT BIANCO, Warden, | : |
| and CARL C. DANBERG, Attorney | : |
| General for the State of Delaware, | : |
| | : |
| Respondents. | : |

## ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Actions, 28 U.S.C. foll. § 2254, respondents state the following in response to the petition for a writ of habeas corpus:

On December 29, 1999, the petitioner, Michael Kevin Hoffman, was arrested, and he was subsequently indicted on the charge of sexual solicitation of a child. *See* Del. Super. Ct. Crim. Dkt. Items 1 & 3 in case no. 9912017771. In August 2001, Hoffman entered a guilty plea in Delaware Superior Court on the charge. *Id.* at Item 13. Following a pre-sentence investigation, a Delaware Superior Court judge in August 2001 sentenced Hoffman to five years of incarceration, suspended after a year for four years of Level IV home confinement, suspended in turn after six months for the balance to be served at Level III supervision. *Id.* at Items 19-20. Hoffman did not appeal his conviction or sentence.

In July 2004, Hoffman was arrested for an alleged violation of the terms of his Level IV probation. *See id.* at Item 29. After a hearing, a Superior Court judge found Hoffman in violation and re-sentenced him to two years of incarceration, suspended after six months for one year and six months at Level IV home confinement, suspended after six months for one year of

Level III supervision. *See id.* at Item 34. Hoffman was found in violation an additional four times over the course of the next two years. *See id.* at Items 54, 65, 75, & 97. Hoffman docketed an appeal from the September 2, 2004 violation of probation sentence, but later voluntarily withdrew the appeal. *See id.* at Item 50. Ultimately, Hoffman was sentenced on November 9, 2006 for his fifth violation of probation to nine months of Level V incarceration with no probation to follow. *See id.* at Item 97. During the two-year period following his first violation of probation, Hoffman filed three state habeas petitions and six motions for modification of sentence, all of which were denied by Superior Court. *See generally id.* In January 2005, Hoffman also attempted to file a petition for habeas corpus in the Delaware Supreme Court, but that petition was dismissed for lack of jurisdiction. *See id.* at Item 53. On October 30, 2006, Hoffman voluntarily dismissed his appeal from the denial of his most recent motion for sentence modification. *Id.* at Item 96.

## Discussion

In his petition for federal habeas relief, Hoffman raises three grounds for relief: (1) the Department of Correction failed to place Hoffman at work release in a timely manner; (2) ineffective assistance of counsel because counsel tried to have Hoffman placed in an inpatient treatment program, and counsel had a conflict of interest at the violation of probation hearing in June 2006 because counsel was personal friends with the judge; and (3) Hoffman's June 2006 sentence and modified sentence did not comply with Delaware Senate Bill 50.[1] D.I. 1 at 6-9.

A federal court may consider a habeas petition filed by a state prisoner only "on the ground that he is in custody in violation of the Constitution or laws or treaties of the United

---

[1] Hoffman does not specify which sentence was in violation of Senate Bill 50. However, he does refer to his July 2006 state petition for habeas corpus relief in which he complains about the June 2006 sentencings. *See* D.I. 1 at 9; Del. Super. Ct. Crim. Dkt. Items 78 & 79.

States." 28 U.S.C. § 2254(a). "In order for a claim alleging constitutional violations to be cognizable under the federal habeas corpus statute, the petition must also challenge the fact or length of confinement and seek immediate or speedier release." *Phillips v. Kearney*, 2003 WL 2004392, *2 (D. Del. Apr. 21, 2003) (citing *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) and *Heck v. Humphrey*, 512 U.S. 477, 480-81 (1994)). Only claims where the requested relief will result in a shorter term of actual confinement can properly be brought in a federal habeas petition. *See Preiser*, 411 U.S. at 487; *see Leamer v. Fauver*, 288 F.3d 532, 543 (3d Cir. 2002). If a favorable decision will not change the prisoner's release date, then the claim is properly brought as a claim under 42 U.S.C. § 1983. *Leamer*, 288 F.3d at 543-44. Hoffman's claim is that he was not placed at work release while other prisoners were placed there. D.I. 1 at 6. Further, he asserts that he should have been held at Level III supervision (i.e., intensive probation) rather than Level V (incarceration) while awaiting placement at work release. *Id.* But Hoffman's sentence remains the same length whether he spends the time at Level V or Level IV. Thus, Hoffman's claim affects a condition of imprisonment, not the length or validity. Therefore, the instant claim does not assert an issue cognizable on federal habeas review. *See Boyd v. Carroll*, 2006 WL 839399, *1-2 (D. Del. Mar. 30, 2006) (collecting cases). Moreover, because Hoffman was eventually moved to work release, the claim is also moot. This claim must be dismissed.[2]

In addition, Hoffman complains that his June 2006 violation of probation sentences were imposed in violation of Delaware Senate Bill 50. Senate Bill 50 was a 2003 amendment to § 4333 of Title 11 of the Delaware Code. The amendment limited the period of probation or

---

[2] Where a prisoner fails to allege a deprivation of a federal right, it is unnecessary to determine whether he satisfied the exhaustion requirement. *Tillett v. Freeman,* 868 F.2d 106, 108 (3d Cir. 1989).

3

suspension that the trial court may impose for sentences imposed after June 1, 2003. *See Richardson v. State*, 2005 WL 3454229, *1 (Del. Dec. 16, 2005). Hoffman was originally sentenced in May 2003[3] to serve five years in prison, suspended after one year for four years at Level IV home confinement, suspended in turn after six months for the balance at Level III supervision. *See* Del. Super. Ct. Crim. Dkt. Item 20. The sentences imposed by Superior Court for Hoffman's violation of probation in September 2004, March 2005 and August 2005 each required, *inter alia*, that he serve one year of Level III probation. *Id.* at Items 34, 57, 66. The June 8, 2006 sentence imposed no Level III time, the June 22, 2006 sentence imposed eighteen months at Level III, and the November 9, 2006 sentence imposed no probationary term. *Id.* at Items 78, 79, and 97. In general, the amended § 4333 allows for only a year of probation (Level III or below), but certain exceptions apply. Section 4333(d) allows the sentencing court to exceed the limit when imposing sentence for a conviction of any sex offense defined in § 761 if the sentencing court determines that a longer period of probation would reduce the likelihood that the offender will re-offend. DEL. CODE ANN. TIT. 11, § 4333(d)(1) (2004 Supp.). In addition, the court can exceed the limit when imposing sentence following conviction for a "violent felony," as defined in § 4201(c) of Title 11. DEL. CODE ANN. TIT. 11, § 4333(d)(2) (2004 Supp.).

Hoffman's original sentence, imposed on May 30, 2003, included more than a year of Level III probation. The original sentence was imposed before the enactment of the statute. Section 4333(j) provides that the probation limits shall apply to sentences imposed prior to June 1, 2003 only after an application by the Department of Correction has been made and considered by the court. There is no record of any such application being filed by the Department of

---

[3] Sentencing was delayed in part so that various psychological assessments could be completed prior to sentencing. *See* Del. Super. Ct. Crim. Dkt. at Item 17.

Corrections. Further, the limitations do not apply to Hoffman because he was convicted of sexual solicitation of a child (DEL. CODE ANN. TIT. 11, § 1112A), a sex offense as defined in § 761 and a violent felony as defined in § 4201(c). *See* DEL. CODE ANN. TIT. 11, §§ 761(d) (2004 Supp.) ("'Sexual offense' means any offense defined by §§ 763-780 and §§ 1108-1112A of this title."); 4201(c) (2001). Thus, there is simply no basis for Hoffman's claim regarding amended § 4333, and this claim should be dismissed.[4]

Hoffman also complains that his counsel was ineffective in various ways at his June 2006 violation of probation hearings. These claims, however, are unavailing. A state petitioner seeking federal habeas relief must first exhaust remedies available in the state courts. 28 U.S.C. § 2254(b); *Castille v. Peoples*, 489 U.S. 346, 351 (1989); *Rose v. Lundy*, 455 U.S. 509, 515 (1982); *Picard v. Connor*, 404 U.S. 270, 275 (1971); *Alston v. Redman*, 34 F.3d 1237, 1241-42 (3d Cir. 1994). In order to demonstrate that a claim has been exhausted in state court, a petitioner "must show that he presented each claim to the Delaware Supreme Court." *Bailey v. Snyder*, 855 F. Supp. 1392, 1399 (D. Del. 1993); *see also Picard*, 404 U.S. at 275; *Stevens v. Delaware Corr'l Center*, 295 F.3d 361, 369 (3d Cir. 2002); *Burkett v. Love*, 89 F.3d 135, 138 (3d Cir. 1996); *Toulson v. Beyer*, 987 F.2d 984, 986 (3d Cir. 1993). The habeas petitioner must afford each level of the state courts a fair opportunity to address the claims. *See Doctor v. Walters*, 96 F.3d 675, 678 (3d Cir. 1993).

---

[4] Alternatively, to the extent that Hoffman raises a federal claim regarding his sentencing, the claim is also unexhausted. Hoffman has not presented his claim to the state supreme court. Further, a claim of an illegal sentence can be raised at any time under Superior Court Criminal Rule 35(a). *See Fatir v. Thomas*, 106 F. Supp. 2d. 572, 582 (D. Del. 2000). Thus, Hoffman is not clearly foreclosed from returning to state court to exhaust this claim. However, because Hoffman violated the probation imposed on June 22, 2006 before a year had run (just as he violated his original term of probation before a year had run), and he has now been sentenced to a term of incarceration without any probation to follow, the claim is moot.

5

Here, Hoffman has not presented his ineffectiveness claims to the state supreme court. Although Hoffman filed numerous motions for sentence modification and petitions for state habeas relief in Superior Court, he did not appeal any of the denials of these filings to the state supreme court. *See generally* Del. Super. Ct. Crim. Dkt. Hoffman also voluntarily withdrew his appeal from the Superior Court order, dated July 20, 2006, denying a petition for a writ of habeas corpus. *See id.* at Item 93. Thus, Hoffman's claims are unexhausted. Moreover, the proper procedural vehicle for raising ineffective assistance of counsel claims is a postconviction action under Superior Court Criminal Rule 61. *See Webster v. Kearney*, 2006 WL 572711, *4 (D. Del.); *Lecates v. Carroll*, 2003 WL 22937779, *4 (D. Del.); *Flamer v. State*, 585 A.2d 736, 753 (Del. 1990). The time for filing a postconviction motion has not yet expired. Del. Super. Ct. Crim. R. 61(i)(1).[5] In addition, as explained, for example, by this Court in *Lecates v. Carroll*, 2003 WL 22937779, *4 (D. Del.), none of the other procedural bars in Criminal Rule 61(i) would apply to a claim of ineffective assistance raised by Hoffman. A fair reading of Criminal Rule 61 thus indicates that Hoffman can present his allegations of ineffective assistance to the state courts, and in the absence of a state court decision clearly foreclosing his return to the state courts, Hoffman has an available state remedy. *See Toulson*, 987 F.2d at 987-89. Because Hoffman has an available state remedy, resort to which is' not clearly foreclosed, by which to present his claim of ineffective assistance, the claim is unexhausted. In turn, because Hoffman's claim of ineffective assistance is not exhausted, the petition must be dismissed. *See Coleman v. Thompson*, 501 U.S. 722, 731 (1991) ("This Court has long held that a state prisoner's federal

---

[5] Under the rule, a prisoner has one year from the time that his adjudication of a probation violation becomes final in which to file a state postconviction motion. Hoffman's June 8, 2006 violation of probation became final, for purposes of the rule, on July 10, 2006, when the time for filing a direct appeal to the state supreme court expired. DEL. SUPER. CT. CRIM. R. 61(m)(1). Thus, Hoffman has until July 2007 to move for state postconviction relief regarding that particular finding of a probation violation.

6

habeas petition should be dismissed if the petitioner has not exhausted state remedies as to any of his federal claims.").

## Conclusion

Based upon the Superior Court docket sheets, it appears that transcripts of Hoffman's sentencing (May 30, 2003), first violation of probation hearing (September 2, 2004), fourth violation of probation hearing (June 8, 2006), and fifth violation of probation hearing (June 22, 2006) have been prepared. In the normal course of business, Hoffman's second and third violation of probation hearings (Feb. 10, 2005 and August 4, 2005) would have been recorded, but the transcript does not appear to have been prepared. In the event that the Court directs the production of any transcript, respondents cannot state with specificity when such transcript would be available. However, respondents reasonably anticipate that such production would take 90 days from the issuance of any such order by the Court.

For the foregoing reasons, the petition for a writ of habeas corpus should be dismissed without prejudice.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: December 1, 2006

7

SUPERIOR COURT CRIMINAL DOCKET                    Page    1
( as of  12/12/2006 )

State of Delaware v.  MICHAEL K HOFFMAN                    DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.      AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.        MICHAEL HOFFMAN


Assigned Judge:

Charges:
| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|-------|------|--------------|-------------|--------|-------------|
| 001 | 9912017771 | IN00010272 | SEX SOLIC CHILD | GLTY | 08/21/2001 |
|     | 9912017771 | | | | |
|     | 9912017771 | | | | |
|     | 9912017771 | | | | |
|     | 9912017771 | | | | |
|     | 9912017771 | | | | |
|     | 9912017771 | | | | |

| No. | Event Date | Event | Judge |
|-----|------------|-------|-------|
| | | | |



PRELIMINARY HEARING DATE: 01/06/2000
BAIL:
RELEASED ON SECURED BAIL            20000.00 100
BAIL CONDITIONS; NO CONTACT WITH VICTIM, REPORT TO PROBATION
OFFICER AND PRESIGNED WAIVE.
2    02/28/2000
NOTICE OF SERVICE OF DISCOVERY AND ACKNOWLEDGEMENT OF RECEIPT OF
DISCOVERY RESPONSE.
3    02/28/2000
INDICTMENT, TRUE BILL FILED. NO 77
CASE REVIEW AND ARRAIGNMENT ON 3/20/00 AT 9:00
03/20/2000                              DEL PESCO SUSAN C.
CASE REVIEW & ARRAIGNMENT CALENDAR: SET FOR FINAL CASE REVIEW.
DATE: 042400. ARWRNG.
04/24/2000                              QUILLEN WILLIAM T.
FINAL CASE REVIEW:  TRIAL DATE TO BE SET.
REFERRED TO TTPEND CALENDAR FOR TRIAL DATE SELECTION.
(3 DAYS)
4    06/16/2000
ORDER SCHEDULING TRIAL FILED.
TRIAL DATE: 12/05/2000
CASE CATEGORY: CAT 1
ASSIGNED JUDGE DELPESCO
UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY

CERTIFIED AS A TRUE COPY
ATTEST SHARON AGNEW
PROTHONOTARY
BY

SUPERIOR COURT CRIMINAL DOCKET                    Page    2
( as of  12/12/2006 )

State of Delaware v.  MICHAEL K HOFFMAN                          DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.       AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.         MICHAEL HOFFMAN

```
     Event
No.  Date        Event                                      Judge
--------------------------------------------------------------------------
```
     OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
     FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
     CONTINUANCE REQUESTS WILL BE DENIED.
5    11/20/2000
     SUBPOENA(S) MAILED.
7    11/27/2000
     STATE'S WITNESS SUBPOENA ISSUED.
6    12/05/2000                                      GOLDSTEIN CARL
     TRIAL CALENDAR-CONTINUED. DEFENSE REQUEST.
     DEFENDANT ILL
8    05/11/2001
     ORDER SCHEDULING TRIAL FILED.
     TRIAL DATE: 6/14/01
     CASE CATEGORY:_____1
     ASSIGNED JUDGE (CATEGORY 1 CASES ONLY): COOCH
     UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
     OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
     FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
     CONTINUANCE REQUESTS WILL BE DENIED.
9    05/29/2001
     SUBPOENA(S) MAILED.
10   06/15/2001
     ORDER SCHEDULING TRIAL FILED.
     TRIAL DATE: 8/23/01
     CASE CATEGORY:_____1
     ASSIGNED JUDGE (CATEGORY 1 CASES ONLY): COOCH
     UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
     OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
     FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
     CONTINUANCE REQUESTS WILL BE DENIED.
11   08/06/2001
     SUBPOENA(S) MAILED.
12   08/09/2001
     STATE'S WITNESS SUBPOENA ISSUED.
     ANTHONY NARDO;  MICHAEL NARDO;  OFFICER WILLIAMS
13   08/21/2001                                      GOLDSTEIN CARL
     TRIAL CALENDER/PLEA HEARING:  PLED GUILTY/PSI ORDERED.  SENTENCINGDATE
     SET FOR    TH DAY OF , ,
14   08/23/2001
     SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.
15   08/23/2001
     SHERIFF'S COSTS FOR SUBPOENAS DELIVERED.

State of Delaware v.  MICHAEL K HOFFMAN                          DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.      AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.        MICHAEL HOFFMAN

```
       Event
No.    Date        Event                                    Judge
-------------------------------------------------------------------------------
16    11/21/2001                                    COOCH RICHARD R.
       SUBPOENA(S) MAILED.
17    02/15/2002
       LETTER FROM: DAVID FACCIOLO ESQ. PUBLIC DEFENDER   TO: JUDGE COOCH
       RE: ON NOV. 29, 2000, THIS CASE WAS RESCHEDULED SO THAT ADDITIONAL
       PSYCHOLOGICAL ASSESSMENTS COULD BE COMPLETED PRIOR TO SENTENCING.
       THIS HAS BEEN COMPLETED AND IAM FORWARDING A COPY OF THE REPORT TO
       DONALD ROBERTS, DAG, YOUR HONOR AND PRESENTENCE OFFICE. THIS CASE CAN
       BE PLACED ON A SENTENCING CALENDAR AT HTE COURT'S EARLIEST
       CONVENIENCE.
18    05/20/2003                                    COOCH RICHARD R.
       SUBPOENA(S) MAILED.
21    05/29/2003
       EMAIL FILED FROM D. FACCIOLO TO RRC
       RE: NO PSYCH EVALUATION
22    05/29/2003
       EMAIL FILED FROM D. ROBERTS TO RRC
       RE: PSYCH EVALUATION
23    05/29/2003
       EMAIL FILED FROM D. ROBERTS TO D. FACCIOLO & COURT
       RE: SENTENCING DELAY
19    [illegible]                                   COOCH RICHARD R.
       [illegible]
20    05/30/2003                                    COOCH RICHARD R.
       SENTENCE: ASOP ORDER SIGNED AND FILED 06/10/03.
24    07/10/2003
       TRANSCRIPT FILED.
       SENTENCING HELD ON 5/30/03 BEFORE JUDGE COOCH
25    11/07/2003
       DEFENDANT'S REQUEST FILED FOR POLICE REPORT, PRESENTENCE REPORT, AND
       TRANSCRIPT OF SENTENCING.  REFERRED TO JUDGE COOCH
26    11/19/2003                                    COOCH RICHARD R.
       ORDER: MOTION FOR TRANSCRIPTS IS DENIED.  COMPLETE ORDER IN FILE.
50    01/07/2004
       MANDATE FILED FROM SUPREME COURT:  APPEAL DISMISSED.
       SUPREME COURT CASE NO: 411, 2004
       MOTION FOR VOLINTARY DISMISSAL - GRANTED BY SUPREME COURT.
27    04/29/2004
       SEX OFFENDER REGISTRATION FORM FILED.
       DE. STATE POLICE HQ.
28    06/14/2004                                    COOCH RICHARD R.
       PROGRESS REPORT FROM PROBATION AND PAROLE FILED.
```

State of Delaware v.  MICHAEL K HOFFMAN                          DOB: 12/03/**1969**
State's Atty: DONALD R ROBERTS , Esq.      AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.        MICHAEL HOFFMAN

|      | Event |       |       |
|------|-------|-------|-------|
| No.  | Date  | Event | Judge |

RECOMMENDATION: OTHER. ADD THE SEX OFFENDER SPECIAL CONDITIONS TO THIS
TERM OF PROBATION.
\*APPROVED BY JUDGE COOCH ON 6/10/04.

40

NOTICE FROM ACCOUNTING DEPARTMENT.  FINANCIAL OBLIGATIONS FOR THIS
CASE HAVE BEEN SATISFIED 6/11/10

29    07/16/2004                                 VAVALA MARK STEPHEN
ADMINISTRATIVE WARRANT FILED - LEVEL (4).
PROBATION OFFICER: JANET NEW
BAIL HEARING HELD THIS DATE AND BAIL SET ON VOPS AS FOLLOWS:
BAIL SET:  HELD WITHOUT BAIL                        0.00
VOP 7/29/04 AT 9:00 BEFORE J. COOCH

30    08/11/2004
PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
REFERRED TO JUDGE COOCH.
DATE REFERRED: 8/11/04
CIVIL CASE NO: 04M-08-042

31    08/17/2004                                 COOCH RICHARD R.
ORDER: HABEAS CORPUS PETITION 04M-08-042 IS DENIED.
THIS 17TH DAY OF AUGUST, 2004, UPON REVIEW OF THE FOREGOING PETITION
FOR A WRIT OF HABEAS CORPUS AND THE RECORD IN THIS CASE, IT IS THE
DECISION OF THE COURT THAT THE PETITION IS HEREBY DENIED. PETITIONER
IS LEGALLY DETAINED. PETITIONER FAILS TO STATE A CLAIM UPON WHICH
SUCH A WRIT MAY BE ISSUED. THE RELIEF REQUESTED IS NOT PROPERLY
GRANTED THROUGH A WRIT OF HABEAS CORPUS.
IT IS SO ORDERED. RRC

32    08/19/2004
DEFENDANT'S LETTER FILED.
TO: JUDGE COOCH
LETTER REGARDING PROBATION STATUS

33    08/30/2004
DEFENDANT'S REQUEST FILED.
TO: JUDGE COOCH
REQUEST TO BE PLACED ON LEVEL 3 PROBATION

09/02/2004                                     COOCH RICHARD R.
SCHEDULING OF PROBATION HEARING:  DEFENDANT FOUND IN VIOLATION
SENTENCED.

34    09/02/2004                                 COOCH RICHARD R.
SENTENCE: ASOP VOP ORDER SIGNED & FILED 9/14/04.

39    09/10/2004
LETTER FROM DEFENDANT
RE: SEE LETTER IN FILE

SUPERIOR COURT CRIMINAL DOCKET                     Page    5
( as of  12/12/2006 )

. State of Delaware v.  MICHAEL K HOFFMAN                        DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.     AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.        MICHAEL HOFFMAN

       Event
No.   Date        Event                                    Judge
-----------------------------------------------------------------------------
35   09/17/2004
       MOTION FOR MODIFICATION OF SENTENCE FILED PRO SE.
       REFERRED TO PRESENTENCE 9/22/04 FOR JUDGE COOCH.
36   09/22/2004
       DEFENDANT'S LETTER FILED.
       TO: JUDGE COOCH
       LETTER TO BE CONSIDERED WITH MODIFICATION MOTION
37   09/29/2004                                      COOCH RICHARD R.
       ORDER: MOTION FOR MODIFICATION OF SENTENCE DENIED.
       9/29/04-
       THE SENTENCE WAS IMPOSED AFTER A VOP HEARING WAS HELD, AND THE
       COURT DETERMINED THE DEF HAD VIOLATED THE TERMS OF HSI PROBATION.
       THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME
       OF SENTENCING.
       THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME
       OF SENTENCING.
38   10/06/2004
       LETTER FROM FROM SUPREME COURT TO KATHLEEN FELDMAN, COURT REPORTER
       RE: A NOTICE OF APPEAL WAS FILED ON 10/01/04.
       THE TRANSCRIPT IS DUE 11/10/04.
       411, 2004
43   11/09/2004
       MOTION FOR MODIFICATION OF SENTENCE FILED PRO-SE.
       REFERRED TO PRESENTENCE 12/03/04 FOR JUDGE COOCH.
       * CAN'T SEND FILE CASE IS IN AN APPEAL WITH CLERK LINDA J.
41   11/17/2004
       TRANSCRIPT FILED.
       VOP HEARING- SEPTEMBER 2,2004
       BEFORE JUDGE COOCH
       11/24/2004
       RECORDS SENT TO SUPREME COURT.
42   11/24/2004
       LETTER FROM SUPREME COURT TO SHARON AGNEW, PROTHONOTARY
       RE: THE RECORD AND TRANSCRIPT ARE DUE TO BE FILED NOVEMBER
       29, 2004.
       (RECORD AND TRANSCRIPT SENT 11/24/04)
44   12/02/2004
       RECEIPT FROM SUPREME COURT ACKNOWLEDGING RECORD.
       411, 2004
45   12/08/2004                                      COOCH RICHARD R.
       ORDER MOTION FOR MODIFICATION OF SENTENCE DENIED.
       PURSUANT TO SUPERIOR COURT CRIMINAL RULE 35(B), THE COURT WILL NOT

State of Delaware v.  MICHAEL K HOFFMAN                        DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.      AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.        MICHAEL HOFFMAN

       Event
No.  Date        Event                                    Judge
---------------------------------------------------------------------------------
       CONSIDER REPETITIVE REQUESTS FOR REDUCTION OR MODIFICATION OF
       SENTENCE.
       THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
       SENTENCING.
       PREVIOUSLY DENIED 09/29/04.
46   12/13/2004
       DEFENDANT'S LETTER FILED.
       TO: JUDGE COOCH
       REGARDING EFFECTIVE DATE OF SENTENCE.
47   12/28/2004
       PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
       REFERRED TO JUDGE COOCH.
       DATE REFERRED: 12/29/04
       CIVIL CASE NO: 04M-12-078
49   01/03/2005
       DOCUMENT(S) FILED REGARDING SUPREME COURT APPEAL.
       RE: MOTION FOR WRIT OF HAVEAS CORPUS RELIEF - FILRED IN SUPREME
       COURT.
48   01/04/2005                                    COOCH RICHARD R.
       ORDER: HABEAS CORPUS PETITION 04M-12-078 IS DENIED.
       THIS 3RD DAY OF JANUARY, 2005, UPON REVIEW OF THE FOREGOING PETITION
       FOR A WRIT OF HABEAS CORPUS AND THE RECORD IN THIS CASE, IT IS THE
       DECISION OF THE COURT THAT THE PETITION IS HEREBY DENIED. PETITIONER
       IS LEGALLY DETAINED. PETITIONER FAILS TO STATE A CLAIM UPON WHICH
       SUCH A WRIT MAY BE ISSUED. THE RELIEF REQUESTED IS NOT PROPERLY
       GRANTED THROUGH A WRIT OF HABEAS CORPUS.
       IT IS SO ORDERED. RRC
51   01/06/2005                                    COOCH RICHARD R.
       PROGRESS REPORT FROM PROBATION AND PAROLE FILED.
       RECOMMENDATION: IV. IT IS RECOMMENDED THAT THE SENTENCE BE MODIFIED SO
       THAT THE LEVEL IV PORTION MAY BE SERVED AT EITHER WORK RELEASE OR HOME
       CONFINEMENT.
       APPROVED BY JUDGE COOCH ON 1/5/05.
52   01/11/2005
       DEFENDANT'S LETTER FILED.
       TO: JUDGE COOCH
       INFORMING JUDGE OF PROGRESS MADE IN PRISON.
53   01/31/2005
       MANDATE FILED FROM SUPREME COURT: APPEAL DISMISSED.
       SUPREME COURT CASE NO: 565, 2004
       SUBMITTED: JANUARY 5, 2005
       DECIDED: JANUARY 11, 2005

SUPERIOR COURT CRIMINAL DOCKET                          Page        7
( as of  12/12/2006 )

State of Delaware v.  MICHAEL K HOFFMAN                    DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.        AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.          MICHAEL HOFFMAN

```
      Event
No.   Date        Event                                    Judge
```
----------------------------------------------------------------------------
      BEFORE STEELE, CHIEF JUSTICE, HOLLAND, AND RIDGELY, JUSTICES.
      SUPREME COURT HAS NO ORIGINAL JURISDICTION TO ISSUE A WRIT
      OF HABEAS CORPUS.
                                                  REYNOLDS MICHAEL P.

                                                      0.00

                                                  COOCH RICHARD R.

55    02/10/2005                                  COOCH RICHARD R.
      VIOLATION OF PROBATION ASOP SENTENCE ORDER SIGNED AND FILED 02/14/05.
56    03/16/2005
      MOTION FOR MODIFICATION OF SENTENCE FILED PRO-SE.
      REFERRED TO PRESENTENCE 03/24/05 FOR JUDGE COOCH.
57    03/24/2005                                  COOCH RICHARD R.
      CORRECTED SENTENCE FILED. VOP ASOP ORDER SIGNED AND FILED 4/7/05
59    04/07/2005
      DEFENDANT'S LETTER FILED.
      LETTER TO CONSIDER WITH MODIFICATION MOTION.
      REFERRED TO JUDGE COOCH
58    04/08/2005
      DEFENDANT'S REQUEST FILED.
      REQUEST FOR TRANSCRIPTS
      REFERRED TO JUDGE COOCH
63 .  04/21/2005                                  COOCH RICHARD R.
      ORDER: DEFENDANT'S MOTION FOR TRANSCRIPTS IS DENIED BECAUSE IT FAILS
      TO SHOW EITHER THAT THERE IS SOME LEGAL OR FACTUAL BASIS FOR RELIEF
      AND THAT THERE IS A PARTICULARIZED NEED FOR THE TRANSCRIPT.  IT IS SO
      ORDERED JUDGE COOCH.
60    05/19/2005                                  COOCH RICHARD R.
      ORDER MOTION FOR MODIFICATION OF SENTENCE DENIED.
      PURSUANT TO SUPERIOR COURT CRIMINAL RUEL 35(B), THE COURT WILL NOT
      CONSIDER REPETITIVE REQUESTS FOR REDUCTION OR MODIFICATION OF SENTENCE
      PREVIOUSLY DENIED 9/29/04 & 11/4/04.
61    05/26/2005
      DEFENDANT'S REQUEST FILED.
      TO: JUDGE COOCH
      REQUEST TO FLOWED DOWN TO LEVEL 2.
62    06/02/2005                                  COOCH RICHARD R.

SUPERIOR COURT CRIMINAL DOCKET                              Page     8
( as of  12/12/2006 )

State of Delaware v.  MICHAEL K HOFFMAN                          DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.      AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.        MICHAEL HOFFMAN

      Event
No.   Date        Event                              Judge
--------------------------------------------------------------------------
      ORDER: DEFENDAANT'S REQUEST FOR REDUCTION/MODIFICATION OF SENTENCE IS
      DENIED FOR THE FOLLOWING REASON(S):
      PURSUANT TO SUPERIOR COURT CRIMINAL RULE 35(B), THE COURT WILL NOT
      CONSIDER REPETITIVE REQUESTS FOR REDUCTION OR MODIFICATION OF
      SENTENCE.
      THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
      SENTENCING.  NO ADDITIONAL INFORMATION HAS BEEN PROVIDED TO THE COURT
      WHICH WOULD WARRANT A REDUCTION OR MODIFICATION OF THIS SENTENCE.
      SO ORDERED JUDGE COOCH.
                                                  VAVALA MARK STEPHEN



                                                            0.00

                                                  VAVALA MARK STEPHEN

                                                  COOCH RICHARD R.

66    08/04/2005                                  COOCH RICHARD R.
      SENTENCE: VOP ASOP ORDER SIGNED AND FILED 8/19/05.
67    10/25/2005                                  COOCH RICHARD R.
      PROBATION AND PAROLE FORM:  SEX OFFENDER CONDITIONS
      SEE DOCUMENT FOR SPECIFIC CONDITIONS.
                                                  COOCH RICHARD R.




69


                                                  REYNOLDS MICHAEL P.


71    05/22/2006                                  REYNOLDS MICHAEL P.
      COMMITMENT TO DEPARTMENT OF CORRECTION.
      VOP 6/1/06 @ 9:00

State of Delaware v.  MICHAEL K HOFFMAN                        DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.       AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.          MICHAEL HOFFMAN

|  |  Event |  |  |
| --- | --- | --- | --- |
| No. | Date | Event | Judge |

72

74     05/25/2006
       SUBPOENA(S) MAILED FOR 06/01/2006 AT 9:00 A.M.
                                              COOCH RICHARD R.



       06/02/2006
       SUBPOENA(S) MAILED.
                                              COOCH RICHARD R.

       MOTION FOR EXONERATION - WITHDRAWN BY PETITIONER IN OPEN COURT  6/8/06
78     06/08/2006                             COOCH RICHARD R.
       SENTENCE: ASOP VOP ORDER SIGNED & FILED ON 6/16/06
79     06/08/2006                             COOCH RICHARD R.
       SENTENCE: MODIFIED ASOP VOP ORDER SIGNED & FILED ON 7/10/06
76                                            REYNOLDS MICHAEL P.
                                                            0.00

77

82     07/18/2006
       MOTION FOR MODIFICATION OF SENTENCE FILED PRO-SE.
       REFERRED TO PRESENTENCE 07/26/06 FOR JUDGE COOCH.
80     07/19/2006
       PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
       REFERRED TO JUDGE COOCH
       DATE REFERRED: 07/19/2006

SUPERIOR COURT CRIMINAL DOCKET                    Page    10
( as of  12/12/2006 )

State of Delaware v.   MICHAEL K HOFFMAN                    DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.       AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.         MICHAEL HOFFMAN

      Event
No.   Date        Event                                   Judge
-----------------------------------------------------------------------------
      CIVIL CASE NO: 06M-07-080 RRC
81    07/20/2006                                    COOCH RICHARD R.
      ORDER: WRIT OF HABEAS CORPUS PETITION 06M-07-080 RRC: DENIED
      IT IS SO ORDERED. RRC
84    07/31/2006
      LETTER FROM SUPREME COURT TO KATHLEEN FELDMAN, COURT REPORTER
      RE: A NOTICE OF APPEAL WAS FILED ON JULY 21, 2006
      THE TRANSCRIPT IS DUE SEPTEMBER 5, 2006.
      370, 2006
83    08/03/2006                                    COOCH RICHARD R.
      ORDER MOTION FOR MODIFICATION OF SENTENCE DENIED.
      THE SENTENCE WAS IMPOSED AFTER A VOP HEARING WAS HELD, AND THE COURT
      DETERMINED THE DEFENDANT HAD VIOLATED THE TERMS OF HIS PROBATION.
      THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
      SENTENCING.
85    08/07/2006
      MOTION FOR MODIFICATION OF SENTENCE FILED PRO-SE.
      REFERRED TO PRESENTENCE 08/10/06 FOR JUDGE COOCH.
86    08/23/2006                                    COOCH RICHARD R.
      ORDER MOTION FOR MODIFICATION OF SENTENCE IS DENIED.
      PURSUANT TO SUPERIOR COURT CRIMINAL RULE 35(B), THE COURT WILL NOT
      CONSIDER REPETITIVE REQUESTS FOR REDUCTION OR MODIFICATION OF SENTENCE
      THE SENTENCE WAS IMPOSED AFTER A VOP HEARING WAS HELD, AND THE COURT
      DETERMINED THE DEFENDANT HAD VIOLATED THE TERMS OF HIS PROBATION.
      THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
      SENTENCING.
      PREVIOUSLY DENIED 8/2/06.
87    09/01/2006
      TRANSCRIPT FILED.
      HEARING TRANSCRIPT-JUNE 8, 2006- BEFORE THE HONORABLE RICHARD R. COOCH
88    09/01/2006
      TRANSCRIPT FILED.
      HEARING TRANSCRIPT-JUNE 22, 2006-BEFORE THE HONORABLE RICHARD R. COOCH
      09/05/2006
      RECORDS SENT TO SUPREME COURT.
89    09/12/2006
      RECEIPT FROM SUPREME COURT ACKNOWLEDGING RECORD.
      370, 2006
90    09/19/2006
      MANDATE FILED FROM SUPREME COURT:  CASE REMANDED TO SUPERIOR COURT.
      SUPREME COURT CASE NO: 370, 2006
      PURPOSE:REQUEST FOR A REMAND FOR AN EVIDENTIARY HEARING CONCERNING HIS

```
.· · ·  ·`·
.                          SUPERIOR COURT CRIMINAL DOCKET                  Page    11
.                              ( as of  12/12/2006 )
```

```
•
State of Delaware v.  MICHAEL K HOFFMAN                          DOB: 12/03/1969
State's Atty: DONALD R ROBERTS , Esq.       AKA: MICHAEL HOFFMAN
Defense Atty: DAVID J. J FACCIOLO , Esq.         MICHAEL HOFFMAN
```

```
      Event
No.   Date         Event                                       Judge
-----------------------------------------------------------------------------
      REQUEST TO PROCEED PRO SE IS GRANTED,AND THE MATTER IS REMANDED TO THE
      SUPERIOR COURT PURSUANT TO SUPREME COURT RULES 19(C)AND 26(D)(III),
      WITH JURISDICTION RETAINED,SUBJECT TO THE FOLLOWING PROCEDURE...
      THIS HEARING SHOULD TAKE PLACE ON NOTICE TO THE STATE,AND THE TRIAL
      JUDGE SHOULD PROMPTLY THEREAFTER MAKE FINDINGS OF FACT AND CONCLUSIONS
      OF LAW AND TRANSMIT THE SAME TO THIS COURT.
91    09/25/2006                                        COOCH RICHARD R.
      LETTER FROM JUDGE COOCH     TO COUNSEL & MICHAEL HOFFMAN. RE: THE
      SUPREME COURT OF DELAWARE, BY ORDER OF SEPT. 14, 2006, HAS REMANDED
      DEFENDANT'S PRO SE REQUEST HIMSELF ON HIS APPEAL FOR AN EVIDENTIARY
      HEARING IN THIS COURT. ACCORDINGLY, A SHORT EVIDENTIARY HEARING WILL
      BE HELD ON MOINDAY, OCT. 23, 2006 AT 9:30 A.M. IF THAT DATE AND TIME
      ARE NOT CONVENIENT TO MR. ROBERTS AND MR. FACCIOLO, THEY SHOULD PLEASE
      NOTIFY MY SECRETARY IMMEDIATELY.
92    10/05/2006
      DEFENDANT'S REQUEST FILED.
      REFERRED TO JUDGE COOCH
      REQUEST TO CANCEL HEARING
93    10/13/2006
      LETTER FROM JUDGE COOCH TO SUPREME COURT
      RE: PETER LETANG, ESQ, HAS ADVISED THAT HIS
      CLIENT WANTS TO FILE A VOLUNTARY DISMISSAL SUPREME
      COURT APPEAL #370, 2006
                                                      VAVALA MARK STEPHEN
```

█████████████████████████████████████████

```
95    10/19/2006                              VAVALA MARK STEPHEN
      COMMITMENT TO DEPARTMENT OF CORRECTION. BAIL SET: HWOB
96    11/03/2006
      MANDATE FILED FROM SUPREME COURT:  APPEAL DISMISSED.
      SUPREME COURT CASE NO: 370, 2006.
      VOLUNTARY DISMISSAL BY PETER LETANG, ESQUIRE.
                                                      COOCH RICHARD R.
```

█████████████████████████████████████████

```
                                                      COOCH RICHARD R.
```

█████████████████████████████████████████

```
          *** END OF DOCKET LISTING AS OF . 12/12/2006 ***
          PRINTED BY: CSCSWAS
```

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

VS.

MICHAEL K HOFFMAN

Alias: No Aliases

DOB: 12/03/1969
SBI: 00426044

CASE NUMBER:
9912017771

2006 JUN 16 PM 2: 20

FILED
PROTHONOTARY

CRIMINAL ACTION NUMBER:
VN00-01-0272-04
VIOL O/PROBATN
ORIG. CHARGE:
SEX SOLIC CHILD(F)

RELEASE

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS  8TH DAY OF JUNE, 2006, IT IS THE ORDER OF THE
COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:

AS TO VN00-01-0272-04 : TIS 11 Del.C.1112A0a1FC
VIOL O/PROBATN - FOUND IN VIOLATION

Effective June  8, 2006  the defendant is sentenced
as follows:

- The defendant is placed in the custody of the Department
of Correction for



Suspended immediately

- For 2 Year(s) at Supervision Level 1 HOME CONFINEMENT

Hold at supervision level 3

until space is available at supervision level 4 HOME
CONFINEMENT

**APPROVED ORDER**        1        June 15, 2006 14:06    CERTIFIED AS A TRUE COPY
ATTEST QUACONAGNEW

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
    VS.
MICHAEL K HOFFMAN
DOB: 12/03/1969
SBI: 00426044

CASE NUMBER:
9912017771

NO SPECIAL CONDITIONS AT ORDER LEVEL

NOTES

Defendant shall participate in sex offender counseling as ordered by probation and parole.

Progress reports shall be submitted to the court every 4 months.

This is a zero tolerance probation.

Richard Mol

JUDGE RICHARD R COOCH

FILED
PROTHONOTARY

2006 JUN 16  PM 2: 20

\*\*APPROVED ORDER\*\*      2      June 15, 2006 14:06

**SENTENCING WORKSHEET**

AKA: Hoffman, Michael

DEFT.

Date: 6-8-06

Time:

**CHARGE**

ID NUMBER: 991201777 | DOB: 12-3-69 | Judge: Cook

CHARGE: VOP (Sex Solic Child)

LIO:

☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4).

Cr.A. VN00-01-0272-04 | BAC: | ☐4214(a) | ☐4214(b)

**FINANCIAL**

☐ Pay Costs
☐ Costs Suspended

☐ PD Fee/Conflict
☐ Surcharges
☐ Diversion Fee
☐ SARTEP

☐15% ☐18%
☐ Pay Fine:
$
☐ Amount Suspended
$

☐ Civil Penalty
☐ Civil Judgment:
_____

☐ OSCCE to collect
☐ Deemed uncollectible
☐ Transferred to:
Cr.A._____

☒ VOP/Contempt ☒ Revoked ☐ Not Found ☐ Continued ☐ Modified ☐ Discharged ☐ Withdrawn ☐ Dismissed

☐ Resent/Review ☐ Boot Camp/ Diversion ☐ Boot Camp ☐ 4177(d)(5) ☐ GSP

**IMPRISONMENT / PROBATION**

Effective: 6/8/06 ___ Deferred DATE: _____ Facility_____

Be imprisoned for 2 years_____ months_____ days_____ At level 5

Level 5 Treatment:_____

☐ Min. Mandatory time:_____
Title/Sec:_____

☐ Credit For: _____
☐ No Credit Time Due

*(CIRCLE ONE)*

COMMITMENT

**RELEASE**

DEFERRED
COMMITTMENT

☒ Suspended Immediately ☐ Suspended Time Served

☐ Suspended After_____ ☒ for 24 yrs at level 4  Crest / Work Rel /(Home conf) VOP center

☐ Suspended After_____ ☐ for_____ at level_____  Crest / Work Rel / Home conf / VOP center

☐ Suspended After_____ ☐ for_____ at level_____  Crest / Work Rel / Home conf / VOP center

Followed by:_____ at level_____ Balance at level_____

☐ Consecutive to: | ☐ Concurrent with:

☒ Level 4 Sentence. Hold at: 3  4  5

☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

**RESTIT.**

☐ TBD by AG _____ Days
☐ Determined by ISO
☐ Joint & Several w/co-deft.
ID No. _____

(Victim)

1._____
2._____
3._____

AMOUNT:_____
AMOUNT:_____
AMOUNT:_____

**CONDITIONS**

☐ All Terms and Conditions Re-imposed
☐ Pay costs, fines, restitution
 ○ Previously Ordered
 ○ During Probation
 ○ During / Within _____
☐ No Contact with:_____
_____
☐ Drug Court Standard Conditions
☐ Comm Serv:_____ Hrs
☐ No Driving Per Statute:_____

☐ Residential Drug/Alcohol
☐ Outpatient Drug/Alcohol
☐ 4177 DUI Program
☐ Alcohol Treatment
☐ Random Urinalysis
☒ Zero Tolerance
☐ Mental Health Eval.
☐ Sub. Abuse Eval.
☐ No Drugs/Alcohol Unless Medically Prescribed.

☐ Parenting
☐ TASC Eval / Monit
☐ DVCC
☐ DHSS Conditions
☐ Anger Management
☐ Obtain GED
☐ Job Training
☐ Fully Employed
☐ Forfeit:
Other Conditions:

☐ TIER LEVEL:

☐ SEX OFFENDER:
Registration per
11 Del C. § 4120-4122;
11 Del C. § 4336.
☐ 21 Del.C. § 2718
*(Felony Only)*
☐ DNA Testing
☐ HIV Testing

Mitigating/Aggravating: | SB 50:

☐ Nolle Prosses entered on remaining charges.
☐ Nolle Prosses entered on Criminal Action Number(s):

Progress reports every 4 months
Sex Offender program / counseling as order by PPP

DEFENSE: LeTang | DAG: | CLERK: Lewis | CT. REPORTER/FTR: Payne | PROBATION: | TASC:

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

    VS.

MICHAEL K HOFFMAN

Alias: No Aliases

DOB: 12/03/1969
SBI: 00426044

CASE NUMBER:                 CRIMINAL ACTION NUMBER:
9912017771                        ▓▓▓▓▓▓▓▓▓▓▓▓
                               VIOL O/PROBATN
                                ORIG. CHARGE:
                                SEX SOLIC CHILD(F)

( COMMITMENT )

## MODIFIED VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 22ND DAY OF JUNE, 2006, IT IS THE ORDER OF THE
COURT THAT:  the order dated June  8, 2006 is hereby
modified as follows: The defendant is found  not in
violation. Defendant is sentenced as follows:

AS TO VN00-01-0272-05 : TIS 11 Del.C.1112A0a1FC
VIOL O/PROBATN - NOT IN VIOLATION

Effective June 13, 2006  the defendant is sentenced
as follows:

- Probation is continued with such modification as shown
hereafter.

- The defendant is placed in the custody of the Department
of Correction for 2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WORK RELEASE

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓WORK RELEASE▓

- For 18 month(s)  supervision level 3
**APPROVED ORDER**    1    July  6, 2006 14:07

ATTEST: SHARON AGNEW
PROTHONOTARY

**SENTENCING WORKSHEET**

| | | |
|---|---|---|
| **DEFT.** | AKA: Hoffman, Pruchnel | Date: 6-22-06 |
| | | Time: |

ID NUMBER: 9912017771    DOB: 12-3-69    Judge: Cooch

**CHARGE**

CHARGE: VOP (Sex Solic Child)

LIO:

☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4).

Cr.A. IN00-01-0272-05    BAC:    ☐4214(a)    ☐4214(b)

**FINANCIAL**

| ☐ Pay Costs ☐ Costs Suspended | ☐ PD Fee/Conflict ☐ Surcharges ☐ Diversion Fee ☐ SARTEP | ☐15% ☐18% ☐ Pay Fine: $ ☐ Amount Suspended $ | ☐ Civil Penalty ☐ Civil Judgment: _____ | ☐ OSCCE to collect ☐ Deemed uncollectible ☐ Transferred to: Cr.A._____ |
|---|---|---|---|---|

☐ VOP/Contempt ☐ Revoked ☐ Not Found ☐ Continued ☒ Modified ☐ Discharged ☐ Withdrawn ☐ Dismissed

☐ Resent/Review ☐ Boot Camp/ Diversion ☐ Boot Camp ☐ 4177(d)(5) ☐ GSP

**IMPRISONMENT / PROBATION**

Effective: 6/13/06    Deferred DATE: _____ Facility_____    *(CIRCLE ONE)*

Be imprisoned for 2 years _____ months _____ days _____ At level 5    **COMMITMENT**

Level 5 Treatment:_____    **RELEASE**

☐ Min. Mandatory time:_____    ☐ Credit For: _____    **DEFERRED**
Title/Sec: _____    ☐ No Credit Time Due    **COMMITTMENT**

☒ Suspended Immediately    ☐ Suspended Time Served    SUSSEX WL

☐ Suspended After_____ ☒ for 2yrS at level 4   Crest (Work Rel)/ Home conf / VOP center

☒ Suspended After (on) ☒ for 18m at level 3   Crest / Work Rel / Home conf / VOP center

☐ Suspended After_____ ☐ for _____ at level_____   Crest / Work Rel / Home conf / VOP center

Followed by: _____ at level_____ Balance at level_____

☐ Consecutive to: _____    ☐ Concurrent with:

☒ Level 4 Sentence. Hold at: 3 (4) 5    ☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

**RESTIT.**

☐ TBD by AG _____ Days VOP Center
☐ Determined by ISO
☐ Joint & Several w/co-deft.
ID No. _____

1._____   AMOUNT:_____
2._____   AMOUNT:_____
3._____   AMOUNT:_____

**CONDITIONS**
*(November 30, 2005)*

☐ All Terms and Conditions Re-imposed
☐ Pay costs, fines, restitution
   ○ Previously Ordered
   ○ During Probation
   ○ During / Within _____
☐ No Contact with:_____
_____
☐ Drug Court Standard Conditions
☐ Comm Serv:_____ Hrs
☐ No Driving Per Statute:_____

☐ Residential Drug/Alcohol
☐ Outpatient Drug/Alcohol
☐ 4177 DUI Program
☐ Alcohol Treatment
☐ Random Urinalysis
☐ Zero Tolerance
☐ Mental Health Eval.
☐ Sub. Abuse Eval.
☐ No Drugs/Alcohol Unless Medically Prescribed.

☐ Parenting
☐ TASC Eval / Monit
☐ DVCC
☐ DHSS Conditions
☐ Anger Management
☐ Obtain GED
☐ Job Training
☐ Fully Employed
☐ Forfeit:_____
Other Conditions:

☐ **TIER LEVEL:**

☐ **SEX OFFENDER:**
Registration per
11 Del C. § 4120-4122;
11 Del C. § 4336.
☐ 21 Del.C. § 2718
*(Felony Only)*
☐ DNA Testing
☐ HIV Testing

Mitigating/Aggravating:   SB 50:

☐ Nolle Prosses entered on remaining charges.
☐ Nolle Prosses entered on Criminal Action Number(s):

DEFENSE: LeTam    DAG:    CLERK: Lewis    CT. REPORTER/FTR: PAvone    PROBATION:    TASC:

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

    VS.

MICHAEL K HOFFMAN

Alias: No Aliases

DOB: 12/03/1969
SBI: 00426044

CASE NUMBER:                    CRIMINAL ACTION NUMBER:
9912017771                      VN00-01-0272-06
                                VIOL OF PROBATN
                                ORIG. CHARGE:
                                SEX SOLIC CHILD(F)

COMMITMENT

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS  9TH DAY OF NOVEMBER, 2006, IT IS THE ORDER OF
THE COURT THAT: The defendant is found  in violation.
Defendant is sentenced as follows:

AS TO VN00-01-0272-06 : TIS 11 Del.C.1112A0a1FC
VIOL O/PROBATN - FOUND IN VIOLATION



- No probation to follow.

CERTIFIED COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY

**APPROVED ORDER**      1      November 17, 2006 10:11

STATE OF DELAWARE
        VS.
MICHAEL K HOFFMAN
DOB: 12/03/1969
SBI: 00426044

                        CASE NUMBER:
                        9912017771

NO SPECIAL CONDITIONS AT ORDER LEVEL

                        JUDGE RICHARD R COOCH

**APPROVED ORDER**      2      November 17, 2006 10:11



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**BUREAU OF PRISONS**
245 McKEE ROAD
DOVER, DELAWARE 19904
TELEPHONE: (302) 739-5601

January 3, 2007

Michael Hoffman    00426044
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Re: Your Letter Dated 12/29/06

Mr. Hoffman,

Your letter was received in my office this date.

You first raised an issue about the accuracy of your status sheet. The calculation is correct. As noted in your VOP court order, the sentence handed down on 11/9/06 was to run consecutive to any sentence that you were presently serving. The 60day sentence that you were serving for Escape 3rd ended on 12/16/06, and the VOP sentence began on that date. The calculation of your sentence is correct, and is consistent with both the Court order and Delaware law.

As to your complaint regarding classification, I have been advised that your case has been assigned to a classification worker. I expect that you will have a classification hearing in the near future. Please be patient.

Sincerely,

Anthony J. Rendina
Inmate Classification Administrator

**SENTENCING WORK**

DEFENDANT NAME:

Michael Hoffman

SBI: 00426044
Date: 11-9-06
Time: 9:05

ID NUMBER: 991201771     DOB: 12 3 69     Judge: RBC

**CHARGE** Sex Solic. Child - VOP
LIO:
Cr.A. VN 00 01 0272-06     BAC:     ☐4214(a)   ☐4214(b)

☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4).

**FINANCIAL**

☐Pay Costs   ☐Costs Suspended
☐ PD Fee/Conflict   ☐ Surcharges   ☐ Diversion Fee   ☐SARTEP
☐15%  ☐18%   ☐Pay Fine: $_____   ☐Amount Suspended $_____
☐Civil Penalty   ☐Civil Judgment: _____
☐OSCCE to collect   ☐Deemed uncollectible   ☐Transferred to: Cr.A._____

☒VOP/Contempt  ☒Revoked  ☐Not Found  ☐Continued  ☐Modified  ☐Discharged  ☐Withdrawn  ☐Dismissed

☐Resent/Review  ☐Boot Camp/ Diversion   ☐ Boot Camp   ☐ 4177(d)(5)  ☐GSP

**IMPRISONMENT / PROBATION**

Effective: 11 9 06     Deferred DATE: _____ Facility_____

Be imprisoned for _____ years __9__ months _____ days _____ At level __5__

*(CIRCLE ONE)*
**COMMITMENT**
RELEASE
**DEFERRED COMMITMENT**

Level 5 Treatment:_____

☐Min. Mandatory time:_____
Title/Sec:_____
☐Credit For: _____
☐No Credit Time Due

☐Suspended Immediately     ☐ Suspended Time Served

☐Suspended After_____     ☐for_____   at level_____   Crest / Work Rel / Home conf / VOP center
☐Suspended After_____     ☐for_____   at level_____   Crest / Work Rel / Home conf / VOP center
☐Suspended After_____     ☐for_____   at level_____   Crest / Work Rel / Home conf / VOP center

Followed by: NO Probation to follow     Balance at level_____

☒Consecutive to: any sentence now serving     ☐Concurrent with:

☐ Level 4 Sentence. Hold at:  3  4  5
☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

**RESTIT.**

☐TBD by AG _____Days
☐Determined by ISO
☐Joint & Several w/co-deft.
ID No. _____
(Victim)
1._____   AMOUNT:_____
2._____   AMOUNT:_____
3._____   AMOUNT:_____

**CONDITIONS**

November 30, 2005

☐All Terms and Conditions Re-imposed
☐Pay costs, fines, restitution
  ○ Previously Ordered
  ○ During Probation
  ○ During / Within _____
☐No Contact with:_____
_____
☐Drug Court Standard Conditions
☐Comm Serv:_____ Hrs
☐No Driving Per Statute:_____

☐Residential Drug/Alcohol
☐Outpatient Drug/Alcohol
☐4177 DUI Program
☐Alcohol Treatment
☐Random Urinalysis
☐Zero Tolerance
☐Mental Health Eval.
☐Sub. Abuse Eval.
☐No Drugs/Alcohol Unless Medically Prescribed.

☐Parenting
☐TASC Eval / Monit
☐DVCC
☐DHSS Conditions
☐Anger Management
☐Obtain GED
☐Job Training
☐Fully Employed
☐Forfeit:_____
Other Conditions:

☐**TIER LEVEL:**

☐**SEX OFFENDER:**
Registration per
11 Del C. § 4120-4122;
11 Del C. § 4336.
☐21 Del.C. § 2718
*(Felony Only)*
☐DNA Testing
☐HIV Testing

Mitigating/Aggravating:   SB 50:
☐Nolle Prosses entered on remaining charges.
☐Nolle Prosses entered on Criminal Action Number(s):

DEFENSE:     DAG:     CLERK:     CT. REPORTER/FTR:     PROBATION:     TASC:

| SBI #: | 00426044 | Name: MICHAEL K HOFFMAN | | Sex: M | |
|---|---|---|---|---|---|
| Location(s): DCC | | Level(s): 5 | Race: WHITE | DOB: 12/03/1969 | Sex Offender: [X] |
| AKA: | MICHAEL HOFFMAN | | | | |
| Offender Type: | Sentenced | | Officer(s): | | |

### Level: 5

| Start Date: 10/18/2006 | MED: 09/15/2007 | STRD: 08/24/2007 | ADJ: 08/24/2007 | PED: | Statutory Days Earned: 22.00 |
|---|---|---|---|---|---|

| CASE# Court/Type | CRA# Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y M D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|
| 0610009240 | PS06 6379 | ESCAPE A/CONV. | Current | | | | | | |
| U6 | | 4204K NEW | 10/26/2006 10/18/2006 | 0 60 | 10/18/2006 | 12/16/2006 | 12/16/2006 | 12/16/2006 | |
| U7 | Richard R Cooch | STANDARD | 11/09/2006 12/16/2006 | 0 | 12/16/2006 | 09/15/2007 | | 08/24/2007 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| PS06 6379 | 5 | CRT1 | Other Conditions: | SENTENCED TO 60 DAYS AT LV 5, WITH CREDIT FOR TIME SERVED, UNDER 4204(K), LJS |
| VN0001027206 | 5 | CRT1 | Other Conditions: | |



UNITED STATES POSTAGE
$ 01.33
02.14
0004608975
MAILED FROM ZIP CODE 199



RECEIVED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Att) PETER DALLEO Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
WILMINGTON DELAWARE
19801

Time Sensitive
LEGAL MAIL Pese

I/M ___
SBI# ___ UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977