# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

April 5, 2007

United States Court of Appeals
 For the Third Circuit
Office of the Clerk
c/o Laura Davis
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

    RE:  Hoffman v. Bianco, et al.
      Civil Action No. 06-473 JJF

Dear Laura Davis:

  Pursuant to Rule 21 (a) (1), Federal Rule of Appellate Procedure, a party petitioning for a writ of mandamus directed to a court must file a petition with the circuit clerk, with proof of service on all parties to the proceeding in the trial court.

  On March 30, 2007, this Court received a Petition for Writ of Mandamus. We are forwarding the Petition to you as it is unclear if the filing received in the United States District Court was a courtesy copy, or if the document was filed with this office in error.

  This document is being forwarded solely to protect the litigant's right for petition. Upon receipt of the Petition, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed to prevent duplication.

              Sincerely,

              *Deborah L. Krett*

              Deborah L. Krett
              Case Manager to the
              Honorable Joseph J. Farnan, Jr.

Enclosure
cc: Michael Kevin Hoffman, SBI 00426044 (w/o encl.)
   Clerk, U.S. District Court (w/o encl.)