IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL KEVIN HOFFMAN, :
:
       Petitioner, :
:
v. : Civ. Act. No. 06-473-JJF
:
THOMAS CARROLL, Warden, and JOSEPH :
R. BIDEN, III, Attorney General :
of the State of Delaware, :
:
       Respondents. :

**O R D E R**

At Wilmington, this _13_ day of June, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Michael Kevin Hoffman's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED WITHOUT PREJUDICE** to enable him to present his unexhausted ineffective assistance of counsel claim to the Delaware state courts.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                  _/s/ Joseph J. Farnan_
                                       UNITED STATES DISTRICT JUDGE