**HLD-108 (June 2007)**                              **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2184

IN RE: MICHAEL KEVIN HOFFMAN,
Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 06-cv-00473)   JJF

Submitted Under Rule 21, Fed. R. App. P.
June 1, 2007
Before:  SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

(Filed: August 23, 2007)

OPINION

PER CURIAM

Pro se petitioner Michael Kevin Hoffman seeks a writ of mandamus to

compel the United States District Court for the District of Delaware to rule upon his

petition for a writ of habeas corpus.

Hoffman filed his petition for writ of habeas corpus on August 2, 2006. On

December 1, 2006, the respondents filed an answer. Hoffman then filed a reply on March

1

16, 2007. Two weeks later, Hoffman filed the present petition for writ of mandamus seeking to compel the District Court to rule upon his petition.

On June 14, 2007, the District Court entered an order dismissing without prejudice Hoffman's habeas petition. Because Hoffman has now received the relief he sought in filing his mandamus petition—namely, a ruling on his habeas corpus petition—we will deny his mandamus petition as moot.