HLD-108 (June 2007)

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2184

IN RE: MICHAEL KEVIN HOFFMAN,
Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 06-cv-00473) JJF

Submitted Under Rule 21, Fed. R. App. P.
June 1, 2007

Before: SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on a petition for writ of mandamus. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the Opinion of the Court.

A True Copy:

*Marcia M. Waldron*
—————————————
Marcia M. Waldron,
Clerk

DATED: August 23, 2007

ATTEST:

<u>Marcia M. Waldron</u>
Clerk